UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

| | |
|---|---|
| DATE: | July 10, 2025 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2023-cv-742 |
| CASE NAME: | GS Holistic LLC v. A Z Vapor Inc, *et al.* |
| NATURE OF HEARING: | Final pretrial conference |
| APPEARANCES: | Peter D. Ticktin – Attorney for the plaintiff |
| | David Perry II – Attorney for the plaintiff |
| | Steven Little – Attorney for the defendants |
| COURTROOM DEPUTY: | Evan Romel |
| TIME: | 12:16 PM – 1:07 PM |

**AUDIO OF THIS HEARING AT DKT. NO. 33**

The parties discussed the logistics of trial, including exhibit management and access to courtroom technology.

The parties discussed the expected length of the trial. The parties expect the trial to last four days. The parties request a jury of eight.

The court discussed with the parties the exhibit and witness lists.

The plaintiff anticipates calling up to eight witnesses with the possibility that some witnesses will not be necessary.

The court told the parties about the court's policies and procedures regarding qualification of expert witnesses.

The court discussed with the parties their proposed *voir dire* questions and any objections. The court overruled most of the objections, declined to ask some of the proposed questions and gave the parties the opportunity to submit revisions to those questions. The court advised the parties that the court itself would revise still other proposed questions.

Prior to trial, the court will email to the parties its opening "script," including its welcoming remarks to the jury, the *voir dire* questions and the preliminary instructions. The parties may advise the court of any concerns on the morning of trial.

The court discussed the fact that the trial involves what originally were three cases that since have been consolidated, necessitating three, separate verdict form. The court advised the parties to be thinking about how the court can explain to the jury why they will be required to complete three verdict forms.

1

The court informed the parties about the court's jury selection processes.

The court advised the parties to arrive at 8:30 a.m. on the first morning of trial to deal with any possible "housekeeping" issues.

The court informed the parties that it does not allow counsel to make extended "speaking" objections before the jury. Any such objections must be made at sidebar.