# EXHIBIT LIST

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DATE: July 28, 2025
JUDGE: Pamela Pepper
CASE NO: 2023-cv-742
CASE NAME: GS Holistic v. AZ Vapor
NATURE OF HEARING: Trial
LOCATION: Room 222

| Ex. No. | Offered By | Witness Identifying | Description | Objection | Ruling |
|---|---|---|---|---|---|
| 1 | Pltf | Christopher Folkerts | Trademark | No | Admitted |
| 2 | Pltf | | Trademark | No | |
| 3 | Pltf | | Trademark | No | |
| 4 | Pltf | | Inv. Report of Brian Mulamut | No | |
| 5 w/ sub exh | Pltf | Brian Mulamut | Photos of Counterfeit | No | |
| 6 | Pltf | | Receipt | No | |
| 7 | Pltf | | Report of AJ Colon | No | |
| 8 w/ Sub Exh | Pltf | AJ Colon | Photos of AZ + Box | No | |
| 9 | Pltf | | Receipt | No | |
| 10 | Pltf | | Report of AJ Colon | No | |
| 11 w/ sub exh | Pltf | | Photos + Box | No | |
| 12 | Pltf | | Receipt | No | |

| Ex. No. | Offered By | Witness Identifying | Description | Objection | Ruling |
|---|---|---|---|---|---|
| 13 w/ sub exts | Pltf | Brian Malamut | Authentic Gravity Infuser + Box | No | Admitted |
| 14 w/ sub exh | Pltf | ↓ | Authentic Model | No | |
| 15 w/ sub exh | Pltf | AJ Colon | Authentic Model | No | |
| 16 | Pltf | Christopher Folkert | Invoice | No | |
| 17 | Pltf | ↓ | Slide Deck | No | |
| 18 | Pltf | ↓ | Slide Deck | No | |
| 19 | Pltf | | Instruction Manual | No | |
| 20 | Pltf | | Product Catalog | No | |
| 21 | Pltf | Brian Malamut | Counterfeit Box | No | ↓ |

- Physical exhibits 8, 13, 14, 15, 21, 11 to be retained by plaintiff - David Perry, counsel for plaintiff.

2