UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: July 30, 2025
JUDGE: Pamela Pepper
CASE NO: 2023-cv-742
CASE NAME: GS Holistic LLC v. A Z Vapor Inc, *et al.*
NATURE OF HEARING: Trial
APPEARANCES: Peter Ticktin – Attorney for the plaintiff
David Perry II – Attorney for the plaintiff
Eddy Leal – Attorney for the plaintiff
Christopher Folkerts – CEO of GS Holistic, LLC
Steven Little – Attorney for the defendants
Khaldon Sati – Defendant
Safwan Al Bushyi – General manager of the corporate defendants
COURT REPORTER: Tom Malkiewicz
COURTROOM DEPUTY: Tony Byal

| **Time Called** | **A.M. Break** | **Jury Deliberating** | **P.M. Break** | **Time Finished** |
|---|---|---|---|---|
| 9:02 AM | | 10:54 AM – 1:22 PM | | 1:31 PM |

9:02 AM – The court called the case and counsel made their appearances. The court discussed the updated jury instructions and verdict forms with counsel. The court advised the parties that if the jury asked to see the physical exhibits, it would send them back.

9:10 AM – The jury returned to the courtroom. The plaintiff rested.

9:11 AM – The court instructed the jury.

9:34 AM – Counsel for the plaintiff gave a closing argument.

10:11 AM – Defense counsel gave a closing argument.

10:42 AM – The plaintiff's counsel began to object to defense counsel's statement about the purposes of certain sidebars. The court sustained the objection. After defense counsel finished his argument, the court advised the jury that they were not to consider the legal rulings the court had made during sidebar conferences.

10:43 AM – The plaintiff's counsel gave a rebuttal argument.

10:53 AM – The court addressed the jury on housekeeping matters.

1

10:54 AM – The courtroom deputy administered the oath to the court security officer, after which the jury retired to the jury room.

10:55 AM – The court discussed with counsel the fact that although the plaintiff had moved to admit, without objection from the defense, twenty-one exhibits, many of those exhibits had multiple sub-parts, the majority of which had not been published to the jury. The plaintiff's counsel argued that all the exhibits had been admitted and should go back to the jury; defense counsel did not object. The court agreed to send all the paper exhibits to the jury room.

11:55 AM – The court received a note from the jury, asking to see the physical exhibits (which the court labeled **Exhibit B**). The court's staff contacted counsel; defense counsel did not wish to be present.

12:06 PM – Attorney Perry and Mr. Folkerts were present in the courtroom. They loaded the physical exhibits onto a cart, which the court security officer took into the jury room.

12:38 PM – The court received from the jurors a question about how to complete the verdict forms (which the court marked as **Exhibit C**). After the court and the parties settled on an answer, the court sent that answer (in writing) back to the jury via the court security officer.

1:21 PM – The court security officer informed the courtroom deputy that the jury had reached a verdict.

1:22 PM – The jury returned to the courtroom with a verdict.

The court read the verdicts in open court:

Case No. 23-cv-742:

    The jury found that defendants A Z Vapor, Inc. and Khaldon Sati willfully used the counterfeit "Stundenglass" and/or stylized "S" trademarks; the jury awarded the plaintiff $100,000 in statutory damages and an additional $650,000 in statutory damages based on willfulness.

Case No. 23-cv-1054:

    The jury found that defendants A-Z Tobacco, Inc. and Khaldon Sati willfully used the counterfeit "Stundenglass" and/or stylized "S" trademarks;

the jury awarded the plaintiff $100,000 in statutory damages and an additional $650,000 in statutory damages based on willfulness.

<u>Case No. 23-cv-1056</u>:

The jury found that defendants A-Z Tobacco, Inc. and Khaldon Sati willfully used the counterfeit "Stundenglass" and/or stylized "S" trademarks; the jury awarded the plaintiff $100,000 in statutory damages and an additional $650,000 in statutory damages based on willfulness.

1:28 PM – The court enquired whether either party wished the court to poll the jurors. Neither party did.

1:30 PM – The court extended its appreciation to the jurors for their service and excused the jury.

1:31 PM – The court stands in recess.