**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | | |
|---|---|---|
| GS HOLISTIC, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 2:23-cv-00742-PP |
| v. | ) | |
| | ) | JURY DEMANDED |
| A Z VAPOR, INC. and KHALDON SATI | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF APPEAL**

GS Holistic, LLC appeals to the United States Court of Appeals for the Seventh Circuit from the Second Amended Final Judgment entered on December 30, 2025.

Respectfully submitted,


EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com


By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

‘

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 16, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030