# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 25, 2026

*By the Court*:

| | |
|---|---|
| No. 26-1090 | GS HOLISTIC, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>A Z VAPOR, INC. and KHALDON SATI,<br>Defendants - Appellees |
| No. 26-1091 | GS HOLISTIC, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>A-Z TOBACCO, INC. doing business as A-Z TOBACCO & VAPOR SHOP and KHALDON SATI,<br>Defendants - Appellees |
| No. 26-1092 | GS HOLISTIC, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>A-Z TOBACCO, INC. doing business as A-Z SMOKE SHOP and KHALDON SATI,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court Nos: 2:23-cv-00742-PP, 1:23-cv-01054-PP, & 1:23-cv-01056-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper | |

Upon consideration of the **NOTICE OF VOLUNTARY DISMISSAL**, filed on June 24, 2026, by counsel for the appellant,

**IT IS ORDERED** that these cases are **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 25, 2026

To: Linda M. Klemm
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 26-1090 | GS HOLISTIC, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>A Z VAPOR, INC. and KHALDON SATI,<br>Defendants - Appellees |
| No. 26-1091 | GS HOLISTIC, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>A-Z TOBACCO, INC. doing business as A-Z TOBACCO & VAPOR SHOP and KHALDON SATI,<br>Defendants - Appellees |
| No. 26-1092 | GS HOLISTIC, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>A-Z TOBACCO, INC. doing business as A-Z SMOKE SHOP and KHALDON SATI,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court Nos: 2:23-cv-00742-PP, 1:23-cv-01054-PP, & 1:23-cv-01056-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper | |

Herewith is the mandate of this court in these appeals, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| TYPE OF DISMISSAL: | F.R.A.P. 42(b) |
| | |
| STATUS OF THE RECORD: | no record to be returned |
| | |